WALTER E. MOAK #004849
The Moak Law Firm
1820 E. Ray Rd.
CHANDLER, AZ 85225
480-755-8000
Fax: 623-399-4293
Email: ecf@themoaklawfirm.com
Attorney for Debtors

SO ORDERED.

Dated: February 19, 2015

*Daniel P. Collins*

Daniel P. Collins, Chief Bankruptcy Judge
_____

## United States Bankruptcy Court
### District of Arizona

In re **Reuben Alexander Huntington**
**Crystal Louise Huntington**
Debtor(s)

Case No. **2:14-bk-13414-DPC**
Chapter **13**

## ORDER GRANTING APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE

THIS MATTER having come before the Court on the Debtors' Counsel's September 29, 2014, Application for Payment of Administrative Expenses per the Debtors' September 29, 2014, Chapter 13 Plan and Application for Payment of Administrative Expense, and the Court having considered the following:

1) Debtor and Counsel Walter E. "Pete" Moak ("Counsel") originally agreed to a flat fee of $2500.00 for representation of the Debtors in their administrative Chapter 13 case;

2) Counsel has received a total of $500.00 thus far from the Debtors of the $2500.00 originally-agreed total fee for the Debtor's administrative Chapter 13 case;

3) Counsel's agreed-upon flat total fee of $2500.00 for Counsel's representation in the Debtors' administrative Chapter 13 case is not in excess of the $4500.00 flat fee customarily awarded on said date for similar Chapter 13 representation in the District of

Arizona; and good cause appearing

IT IS HEREBY ORDERED approving the Application for Counsel's representation in Debtors' Chapter 13 case in the total amount of $2500.00.

IT IS FURTHER ORDERED the Chapter 13 Trustee shall pay Counsel balance of his administrative expense for the Chapter 13 case, $2000.00, or a lesser amount as may be available, provided such payment does not prejudice other administrative claims of the Debtors' Chapter 13 estate.

SIGNED AND DATED ABOVE